NORTHERN REDUCTION COMPANY, Appellant, vs. WISCONSIN TAX COMMISSION and others, Respondents.

*February 7—March 5, 1929.*

For the appellant there were briefs by *Quarles, Spence & Quarles* of Milwaukee, attorneys, and *J. V. Quarles* of Milwaukee and *Maurice Weigle* of Chicago, of counsel, and oral argument by *Mr. J. V. Quarles* and *Mr. Weigle.*

For the respondents there was a brief by the *Attorney General* and *Franklin E. Bump,* assistant attorney general, and oral argument by *Mr. Bump.*

The following opinion was filed March 5, 1929:

CROWNHART, J.   This case was argued and submitted with *Plankinton Packing Co. v. Wisconsin Tax Commission,* decided herewith (*ante,* p. 368, 224 N. W. 121), and is ruled in all respects by the opinion in that case.

*By the Court.*—The judgment of the circuit court is affirmed.

A motion for a rehearing was denied on April 30, 1929.